◼ VICTOR FRIJA et al., Appellants, v YAVNE CONSTRUCTION, INC., et al., Respondents. [720 NYS2d 808] —In an action, *inter*

*alia*, to recover damages for breach of contract, the plaintiffs appeal from an order of the Supreme Court, Kings County (Rappaport, J.), dated March 14, 2000, which granted the defendants' motion, *inter alia*, to dismiss the second and third causes of action.

Ordered that the order is affirmed, with costs.

The Supreme Court properly granted the defendants' motion, *inter alia*, to dismiss the second and third causes of action in the complaint (*see, Matter of Morris v New York State Dept. of Taxation & Fin.*, 82 NY2d 135; *Weiss v Marjam of Long Is.*, 270 AD2d 455; *Kopec v Hempstead Gardens*, 264 AD2d 714; *Rubinberg v Correia Designs*, 262 AD2d 474; *Weisberger v Goldstein*, 242 AD2d 622). Ritter, J. P., Krausman, Florio and Feuerstein, JJ., concur.